

# NUMBER 13-25-00341-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

GEORGE HINOJOSA JR.,                                          **Appellant,**

**v.**

RALLY CREDIT UNION,                                              **Appellee.**

## ON APPEAL FROM THE 105TH DISTRICT COURT
## OF NUECES COUNTY, TEXAS

# MEMORANDUM OPINION

**Before Justices Silva, Peña, and Cron**
**Memorandum Opinion by Justice Peña**

This cause is before the Court on appellant's motion to dismiss, providing that he is voluntarily dismissing his appeal. The Court, having considered appellant's motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a)(1) (allowing the Court to dismiss an appeal "[i]n accordance with a motion of

appellant"). Accordingly, we grant appellant's motion, and the appeal is hereby dismissed. Costs are taxed against appellant. *See id.* R. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained.

L. ARON PEÑA JR.
Justice

Delivered and filed on the
14th day of August, 2025.